An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JONATHAN WHITEHEAD,
Petitioner,

vs.

JAMES G. COX; AND THE NEVADA
DEPARTMENT OF CORRECTIONS,
Respondents.

No. 67457

**FILED**

JUL 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner asserts that the respondent has failed to appropriately house him in violation of NRS 484C.400 because he is not segregated from violent offenders, failed to provide programs and treatment for DUI offenders throughout his incarceration, and failed to approve him for treatment in the "305 program." We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160. Petitioner should seek relief in the district court as this court cannot resolve any factual disputes. *See Ryan's Express Transp. Servs., Inc. v. Amador Stage Lines, Inc.*, 128 Nev., Adv. Op. 27, 279 P.3d 166, 172 (2012) ("An appellate court is not particularly well-suited to make factual

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22347

determinations in the first instance.").  Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:     Jonathan David Whitehead
        Attorney General/Carson City